# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

|  |  |  |
|---|---|---|
| **FLUBERT NGANG KIMENG,** | : | **Case No. 1:26-cv-280** |
|  | : |  |
| **Petitioner,** | : |  |
|  | : |  |
| **vs.** | : | **District Judge Douglas R. Cole** |
|  | : |  |
| **KEVIN RAYCRAFT,** *et al.*, | : | **Magistrate Judge Chelsey M. Vascura** |
|  | : |  |
| **Respondents.** | : |  |
|  | : |  |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 4).

They have now done so. (Doc. 6). Based on that joint proposal, the Court **SETS** the following

case schedule:

- Respondents' Return of Writ Due:     April 9, 2026

- Barry's Reply Due:     April 23, 2026.

**IT IS SO ORDERED.**

Date: _3/26/2026_____          */s/Chelsey M. Vascura*_____
            CHELSEY M. VASCURA
            United States Magistrate Judge